IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

2020 AUG 12  PH 3: 38

DEPUTY CLERK _____

UNITED STATES OF AMERICA

v.

AARON DAVID AMAYA

No. 5-20CR0104-H

## INDICTMENT

The Grand Jury Charges:

### Count One
### Possession of Child Pornography
### (Violation of 18 U.S.C. § 2252(a)(4)(B))

From in or about December 2019, to on or about July 15, 2020, in the Lubbock Division of the Northern District of Texas, and elsewhere, **Aaron David Amaya**, defendant, did knowingly possess at least one matter which contained any visual depiction that was mailed, shipped, and transported using any means and facility of interstate and foreign commerce, and was produced using material that had been mailed, shipped, and transported by any means of interstate or foreign commerce, including by computer, the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(4)(B).

**Aaron David Amaya**
**Indictment - Page 1**

## Forfeiture Notice
### (18 U.S.C. § 2253)

Upon conviction of the offense alleged in Count One, and pursuant to 18 U.S.C. § 2253(a), defendant **Aaron David Amaya**, shall forfeit to the United States of America: (a) any visual depiction described in Section 2251, 2252, or 2252A of Chapter 110, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from any offense alleged in Count One; and (c) any property, real or personal, used or intended to be used to commit or to promote the commission of any offense alleged in Count One, and any property traceable to such property.

The above-referenced property subject to forfeiture includes, but is not limited to, a black Apple 11 Pro Max IPhone with a black case, serial number G6TZHHT3N70H, and an Apple IPad Pro, serial number DMPXRGMRKD 6L.

If any of the property described above, as a result of any act or omission of the defendant:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third party;

c.    has been placed beyond the jurisdiction of the court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b), to seek forfeiture of any other property of the said defendant up to the value of the forfeitable property described above.

A TRUE BILL

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

CALLIE WOOLAM
Assistant United States Attorney
Texas State Bar No. 24075306
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:    806-472-7564
Facsimile:    806-472-7394
E-mail:       callie.woolam@usdoj.gov

Aaron David Amaya
Indictment - Page 3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

THE UNITED STATES OF AMERICA

v.

AARON DAVID AMAYA

INDICTMENT

COUNT 1:        POSSESSION OF CHILD PORNOGRAPHY
Title 18, United States Code, Sections 2252(a)(4)(B).

FORFEITURE NOTICE

(1 COUNT + FORFEITURE)

A true bill rendered,

Lubbock _____ Foreperson

Filed in open court this 12th day of August, A.D. 2020

_____ Clerk

ARREST WARRANT TO ISSUE

_____
UNITED STATES MAGISTRATE JUDGE